IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-04536 ESL

ELLIOT GONZALEZ REYES

Chapter 13

XXX-XX-4919

FILED & ENTERED ON 06/01/2011

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 05/31/2011, debtor filed a motion for continuation of the automatic stay as to debtor (docket entry #5). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 06/28/2011 at 09:00 A.M. at US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR.  If no objection is filed within fourteen (14) days, the hearing may be vacated.

San Juan, Puerto Rico, this 01 day of June, 2011.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY:     EVANGELINA MENDEZ
Deputy Clerk

CC: All Creditors